

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of M.M.W. and S.E.W., Children

No. 06-18-00082-CV

Appeal from the 250th District Court of Travis County, Texas (Tr. Ct. No. D-1-FM-15-007458). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the trial court's final order in suit to modify parent-child relationship, order of criminal and civil contempt, and final protective order. We therefore affirm each of these orders.

We further order that the appellant pay all costs of this appeal.

RENDERED APRIL 22, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk